IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS CURRIE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV-09-3563 (SJF)(ARL)<br>) |
| THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and the<br>BEAR STEARNS COMPANIES<br>INC. LONG TERM DISABILITY<br>PLAN (or successors in interest), | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION EXTENDING TIME
## TO RESPOND TO COMPLAINT

It is hereby stipulated that the Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and the BEAR STEARNS COMPANIES INC. LONG TERM DISABILITY PLAN (or successors in interest) shall have through and including October 6, 2009 to answer, move, plead, or otherwise respond to Plaintiff's Complaint. In the event Defendants file a Motion in lieu of an Answer, Plaintiff shall have forty (40) days to respond to the same.

Consented to this 14th day of September, 2009.

_{signature}_ | _{signature}_
---|---
ABA HEIMAN (AH 3728) | CHRISTINA SPILLER (CS 8167)
FUSCO, BRANDENSTEIN & RADA | ALSTON & BIRD LLP
180 Froehlich Farm Boulevard | 90 Park Avenue
Woodbury, New York 11797 | New York, NY 10016-1387
Phone: (516) 496-0400 | Phone: (212) 210-9400
Fax: (516) 921-3078 | Fax: (212) 210-9444
***Attorney for Plaintiff*** | ***Attorney for Defendants***

LEGAL02/11975863v2