UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
DENNIS CURRIE,                                              :
                                                            :
    Plaintiff,                                             :    Case No. CV-09-3563 (SJF)
                                                            :
v.                                                          :
                                                            :    **RULE 7.1 CORPORATE**
THE PRUDENTIAL INSURANCE                                    :    **DISCLOSURE STATEMENT**
COMPANY OF AMERICA and the                                  :
BEAR STEARNS COMPANIES,                                     :
INC. LONG TERM DISABILITY                                   :
PLAN (or successors in interest),                           :
                                                            :
    Defendants.                                             :
                                                            :
----------------------------------------------------------- X

    Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant The Prudential Insurance Company of America ("Prudential"), by and through its attorneys of record, files this Corporate Disclosure Statement identifying the following parent corporations and/or any publicly held corporations that own 10% or more of its stock:

    Prudential is a corporation organized under the laws of the State of New Jersey, having its principal place of business in Newark, New Jersey. Prudential is an indirect, wholly-owned subsidiary of Prudential Financial, Inc., a publicly traded corporation, which owns 10% or more of Prudential's stock.

    A supplemental disclosure statement will be filed promptly upon any change in the

1198568.1

information provided herein.

Dated: New York, New York
October 8, 2009

ALSTON & BIRD LLP

By: /s/ Christina Spiller
Christina Spiller
90 Park Avenue
New York, New York 10016
(212) 210-9400

*Attorneys for Defendant The Prudential Insurance Company of America*